# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAD & ELIZABETH STERN, H/W** | : | **CIVIL ACTION** |
| vs. | : | |
| **AAA MID-ATLANTIC INSURANCE COMPANY** | : | **NO. 15-960** |
| and | : | |
| **CHUB THACH** | : | |

## ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of Defendants' Motion to Dismiss, and any response in opposition thereto, it is hereby ORDERED that Defendants' Motion to Dismiss is DENIED, and Defendants shall file answer to the Complaint in this matter within _____ days of the date of this Order.

BY THE COURT;

_____
J.

Norman Perlberger, Esquire (np4025)  Attorney for Plaintiffs
PERLBERGER LAW ASSOCIATES, P.C.
PA Attorney Identification No. 15742
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
(610) 664-2440
np@perlbergerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAD & ELIZABETH STERN, H/W | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AAA MID-ATLANTIC INSURANCE COMPANY | : | NO. 15-960 |
| | : | |
| and | : | |
| | : | |
| CHUB THACH | : | |

PLAINTIFFS' ANSDWER TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, by their undersigned counsel Norman Perlberger, Esquire, hereby respond in opposition to Defendants' Motion to Dismiss as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. This is an incorporation clause, requiring no response.

8. Admitted.

9. The viability of this action does not depend upon a copy of the policy.

10. Denied for the reasons stated in Plaintiff's Memorandum of Law and exhibits thereto.

11. Denied for the reasons stated in Plaintiff's Memorandum of Law and exhibits thereto.

12. Admitted.

13. Denied.

14. Admitted.

15. Admitted.

16. Admitted.

17. Denied that there was complete diversity.

18. Denied.

19. Admitted.

20. Denied.

21. This is an incorporation clause, requiring no response.

22. Denied that the Complaint fails to state a cause of action.

23. Denied, as the averments of the Complaint make it evident that this matter has been filed as a result of AAA's refusal to accept the result of the arbitration that was required under the policy, as a prerequisite to the filing of this suit.

24. Admitted.

25. Denied that this is applicable.

26. Admitted.

27. Admitted.

28. Admitted that this is the law.

29. Admitted that the case so held.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Citation of the statute is unnecessary.

36. Admitted.

37. Admitt4ed that the case stands for this proposition.

38. Admitted.

39. Denied that the legal conclusions naturally flowing from factual averments are not proper.

40. Admitted.

41. Denied.

42. Admitted.

43. Denied.

44. Denied.

45. Denied.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court deny defendants' Motion to Dismiss.

Respectfully submitted,

*/s/ Norman Perlberger*
NORMAN PERLBERGER, ESQUIRE
Attorney for Plaintiffs

Norman Perlberger, Esquire (np4025)　　　　　　　　　　　　　　Attorney for Plaintiffs
PERLBERGER LAW ASSOCIATES, P.C.
PA Attorney Identification No. 15742
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
(610) 664-2440
np@perlbergerlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAD & ELIZABETH STERN, H/W | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AAA MID-ATLANTIC INSURANCE COMPANY | : | NO. 15-960 |
| | : | |
| and | : | |
| | : | |
| CHUB THACH | : | |

## MEMORANDUM OF LAW IN OPPOSITION
## TO AAA's MOTION TO DISMISS

Undersigned counsel files this Memorandum in opposition to AAA's Motion to Dismiss.

**I.　　Lack of Diversity Jurisdiction**

Plaintiff does not dispute the jurisdictional prerequisite that complete diversity must be established in order to proceed in the above-captioned matter.

There is no dispute that defendant Chub Thach is a resident of Pennsylvania and Plaintiffs are residents of the State of New Jersey.  It is appears that the policy is written by an entity described as "AAA Mid-Atlantic Insurance Company of New Jersey".

Defendant AAA contends that it is a New Jersey corporation.  Counsel has attached a NAIC Consumer Information Source sheet that purports to identify this entity as a New Jersey corporation incorporated in 1990.

However, the official records maintained as to the named defendant and the claimed entity do not disclose the same information.

A business corporation search, conducted on March 23, 2015, identified the named defendant as incorporated in 1996 as a Pennsylvania Domestic Corporation with an "Active" status (Exhibit "A").

A search conducted on the State of New Jersey, Business Records Service disclosed the following:

"AAA Mid-Atlantic Company of New Jersey"   "Did not return any results"
"AAA Mid-Atlantic Insurance Company"        "Did not return any results"
(Exhibit "B")

A web search for AAA Mid-Atlantic Insurance Company disclosed that there were three companies that go by that name, and they are incorporated in Mayland, Pennsylvania and Virginia (Exhibit "C"). On its own exhibit, Defendant lists the Company Addresses and they are shown as being in Wilmington, DE. If that is accurate, compete diversity in this case remains. On Exhibit "C", the Maryland corporation has an address in Philadelphia (which was set forth in the Complaint), the Pennsylvania corporation lists no address but identifies CT Corporation System as its registered agent (service was effected on CT), and the Virginia corporation lists the Delaware address that Defendant has stated to be in Wilmington.

Finally, a search in the State of New Jersey, Department of Banking & Insurance, listing all the "Insurers that Write Private Passenger Auto in New Jersey" does not list AAA or any diminutive or variant version of same (Exhibit "D").

While it may be true that there is a satellite office, or office location in New Jersey, there is nothing of record that would indicate that there is a New Jersey entity incorporated in the State

of New Jersey and no evidence that such an entity does official business in the underwriting of private auto policies in the State of New Jersey

In summary, all of the research done by Plaintiff's counsel points to the fact that complete diversity does exist and that Defendant's Motion on this ground should be denied.

**II.     Failure to State Cause of Action**

As a condition of proceeding with a liability claim, it is not disputed that the parties were first relegated to an arbitration process with a right to reject the award, which AAA did after it lost said arbitration where the award was substantial. Under said policy, Plaintiffs then had 60 days in which they could file a civil action, which they did. Defendant did attach a copy of the policy to its Motion. Nothing in said policy speaks to venue.

In the underlying action, defense counsel admitted liability, as the Plaintiffs were rear-ended while their vehicle was stopped at an intersection in Philadelphia. This too is not in dispute. The underlying action was fully discovered and tried on the merits. Defendant cannot deny the accuracy of this representation.

Defendant concedes that a federal complaint requires notice pleading and, unlike one filed in New Jersey or Pennsylvania, does not follow the practice of fact pleading. It is respectfully submitted that Defendant has all of the necessary allegations in order to defend the suit which Plaintiffs must now pursue against it in order to obtain the monetary relief that they are entitled to receive for the injuries they have suffered. The instant complaint is sufficiently pled

For the foregoing reasons, it is respectfully prayed that the Motion to Dismiss be denied.

        Respectfully submitted,


        */s/ Norman Perlberger*
        NORMAN PERLBERGER, ESQUIRE

67,377,391 COMPANIES    54,389,920 PRINCIPALS

HOME   COMPANY SEARCH   PEOPLE SEARCH   TRADEMARK SEARCH   ADDRESS SEARCH   APPS   PRO SEARCH   BLOG

Introduction

**AAA MID-ATLANTIC INSURANCE COMPANY**
PENNSYLVANIA DOMESTIC PA INSURANCE BUSINESS CORPORATION
Data Updated April 17, 2014



CLAIM MY COMPANY

# Arrest Records: 2 Secrets

1) Enter Name and State. 2) Access Full Background Checks Instantly.

Aaa Mid-Atlantic Insurance Company is a Pennsylvania Domestic Pa Insurance Business Corporation filed on November 25, 1996. The company's filing status is listed as Active and its File Number is 2725644.

The Registered Agent on file for this company is Ct Corporation System.

The company has 2 principals on record. The principals are Edward L. Jones from Philadelphia PA and William J. Clarke from Philadelphia PA.

## Company Information

| | |
|---|---|
| Company Name: | AAA MID-ATLANTIC INSURANCE COMPANY |
| File Number: | 2725644 |
| Filing State: | Pennsylvania (PA) |
| Filing Status: | Active |
| Filing Date: | November 25, 1996 |
| Company Age: | 18 Years, 3 Months |
| Registered Agent: | Ct Corporation System |



## Company Contacts

**EDWARD L. JONES**
President
2040 Market St
Philadelphia, PA 19103

**WILLIAM J. CLARKE**
Treasurer
2040 Market St
Philadelphia, PA 19103

State of New Jersey
Department of Treasury: Division of Revenue & Enterprise Services

# Business Record Service

## Business Entity Status Report

### Search Summary

Search Type:    Business Name
Business Name: AAA Mid-Atlantic Insurance Company of New Jersey

### Search Results

Your search did not return any results.

State of New Jersey
Department of Treasury: Division of Revenue & Enterprise Services

# Business Record Service

## Business Entity Status Report

### Search Summary

Search Type:      Business Name
Business Name: AAA Mid-Atlantic Insurance Company

### Search Results

Your search did not return any results.



67,377,391 COMPANIES    54,389,920 PRINCIPALS

HOME   COMPANY SEARCH   PEOPLE SEARCH   TRADEMARK SEARCH   ADDRESS SEARCH   APPS   PRO SEARCH   BLOG

## AAA MID-ATLANTIC INSURANCE COMPANY

g+1  3.1k    Tweet  1,147    Like  17k




There are 3 companies that go by the name of Aaa Mid-Atlantic Insurance Company.

These companies are located in Glen Allen VA, Philadelphia PA, and Wilmington DE.

---

**AAA MID-ATLANTIC INSURANCE COMPANY**
MARYLAND CORPORATION

Address:           2040 Market Street
                   Philadelphia, PA 19103
Registered Agent:  Na
Filing Date:       January 01, 2005
File Number:       F10416329

**AAA MID-ATLANTIC INSURANCE COMPANY**
PENNSYLVANIA DOMESTIC PA INSURANCE BUSINESS CORPORATION

Address:
Registered Agent:  Ct Corporation System
Filing Date:       November 25, 1996
File Number:       2725644



**AAA MID-ATLANTIC INSURANCE COMPANY**
VIRGINIA FOREIGN CORPORATION

Address:           One River Place
                   Wilmington, DE 19801
Registered Agent:  Ct Corporation System
Filing Date:       November 23, 1999
File Number:       F140214



STATE OF NEW JERSEY
DEPARTMENT OF BANKING & INSURANCE

NJHome | Services A to Z | Departments/Agencies | FAQs

search

Home > Consumer Information > Insurance Topics > Auto > Contact Information - Auto Insurers in New Jersey

# Insurers that Write Private Passenger Auto in New Jersey

This list includes all insurance companies that write private passenger auto insurance and companies newly admitted to New Jersey. Please see the notes next to each insurer's name for any restrictions on new applicants.

Looking for the **Assigned Risk Market?** or **Special Automobile Insurance Policy?**

Looking for **Motorcycle Insurers?**

Looking for **Specialty Insurers?**

| Insurer | Telephone Number | Direct Writer or Contact Agent and Web site |
|---|---|---|
| **21st Century Group**<br><br>• 21st Century Centennial Insurance Company<br>• 21st Century Assurance Company *(not accepting any new business)*<br>• 21st Century Pinnacle Insurance Company *(not accepting any new business)* | 1-800-807-9458 (21st Century Centennial)<br><br>1-800-241-1188 (21st Century Assurance, 21st Century Pinnacle) | Direct<br>www.21st.com |
| **ACE Group**<br><br>• Atlantic Employers Insurance Company<br>• Bankers Standard Insurance Company | 1-800-444-6161 | Agent<br>www.aceprs.com |
| **Allstate Group**<br><br>• Allstate New Jersey Insurance Company *(not accepting any new business)*<br>• Allstate New Jersey Property and Casualty Insurance Company | 1-866-222-4586 | Agent<br>www.allstate.com |
| **American Commerce Insurance Company** | 1-800-222-2114 | Agent<br>www.acilink.com |
| **American International Group**<br><br>• AIG Property Casualty Company<br>• Insurance Company of the State of Pennsylvania | 1-866-856-6858 | Agent<br>www.aig.com |
| **American National Financial Group** *(membership company for farmers)*<br><br>• Farm Family Casualty Insurance Company *(not accepting any new business)*<br>• United Farm Family Insurance Company | 1-800-843-3276<br>518-431-5000<br>1-888-382-6722 | Agent<br>www.farmfamily.com |
| **Amica Group**<br><br>• Amica Property and Casualty Insurance Company<br>• Amica Mutual Insurance Company | 1-800-242-6422 | Direct<br>www.amica.com |

| Company | Phone | Contact |
|---|---|---|
| **Bristol West** <br> Foremost Insurance Company Grand Rapids, Michigan | 1-888-888-0080 | Agent <br> www.foremost.com <br> www.bristolwest.com |
| **California Casualty & Fire Insurance Company** <br> *(membership group for educators, firefighters and nurses)* | 1-866-680-5143 | Direct <br> www.calcas.com |
| **California State Auto Group** <br> • CSAA Mid-Atlantic Insurance Company of NJ *(not accepting any new business)* <br> • CSAA Affinity Insurance Company *(not accepting any new business)* <br> • CSAA General Insurance Company | 1-800-542-9544 (CSAA & CSAA Affinity) <br> 1-888-222-0094 (CSAA General) | Direct (CSAA) <br> Agent (CSAA Affinity) <br> Direct and Agent (CSAA General) <br> www.aaa.com (AAA/CSAA) <br> www.AAA4insurance.com (CSAA General) |
| **Chubb Insurance Company of NJ** | 1-866-324-8222 (Marketing) <br> 1-800-252-4670 (NJ Claims) | Agent <br> www.chubb.com |
| **Citizens United Reciprocal Exchange (CURE)** | 1-800-535-2873 | Direct <br> www.cure.com |
| **Electric Insurance Company** | 1-800-342-5342 | Direct <br> www.electricinsurance.com |
| **Encompass Group** <br> • Encompass Property and Casualty Insurance Company of NJ <br> • Encompass Insurance Company of NJ *(not accepting any new business)* | 1-800-262-5238 | Agent <br> www.encompassinsurance.com |
| **Esurance Insurance Company of New Jersey** | 1-800-378-7262 | Agent <br> www.esurance.com |
| **Farmers Insurance Group** <br> • Mid-Century Insurance Company | 1-800-327-6377 | Agent <br> www.farmers.com |
| **Fireman's Fund Indemnity Corporation** | 1-800-523-9500 | Agent <br> www.FFIC.com |
| **Fitchburg Mutual Insurance Company** | 1-800-688-1825 | Agent <br> www.ndgroup.com |
| **Founders Insurance Company** | 717-234-4941 <br> 1-800-388-4764 | Agent <br> www.pennnationalinsurance.com |
| **GEICO Group** <br> • Government Employees Insurance Company <br> • GEICO Casualty Company *(not accepting any new business)* <br> • GEICO Indemnity Company | 1-800-861-8380 | Direct <br> www.geico.com |
| **Hanover Insurance Company** | 1-800-257-5720 | Agent <br> www.hanover.com |
| **Harleysville Group** <br> • Harleysville Insurance Company *(not accepting any new business)* <br> • Harleysville Insurance Company of NJ *(not accepting any new business)* <br> • Harleysville Preferred Insurance Company | 1-800-523-6344 | Agent <br> www.harleysvillegroup.com |
| **Hartford Group** <br> • Hartford Insurance Company of the Midwest *(membership company for AARP)* <br> • Hartford Underwriters Insurance Company | 1-800-843-7824 (AARP) <br> 1-800-460-9783 (Non-AARP) | Direct <br> www.aarp.thehartford.com/mypolicy (AARP) <br> www.hartfordauto.thehartford.com (Non-AARP) |

| Company | Phone | Type/Website |
|---|---|---|
| *(membership company for AARP, not writing new business)*<br>• Hartford Fire Insurance Company | | |
| **IDS Property Casualty Insurance Company** | 1-800-535-2001<br>(Customer Service) | Direct<br>www.ameriprise.com |
| **IFA Insurance Company** | 732-815-1201 | Agent/Direct<br>www.ifaauto.com |
| **Kemper Direct Group**<br><br>• Response Insurance Company<br>• Unitrin Direct Insurance Company *(not accepting any new business)* | 1-800-253-7744 | Direct<br>www.kemperdirect.com |
| **Liberty Mutual Group**<br><br>• Liberty Mutual Fire Insurance Company *(not accepting any new business except Basic policies)*<br>• Liberty Mutual Mid-Atlantic Insurance Company *(not accepting any new business)*<br>• Liberty Insurance Corporation<br>• LM Insurance Corporation | 1-800-526-1547<br><br>1-800-524-9400<br>(Sales)<br><br>1-800-225-8285<br>(Service) | Agent<br>www.libertymutual.com<br><br>Direct<br>www.libertymutual.com |
| **Mercury Indemnity Company of America** | 1-800-987-2032 | Agent<br>www.mercuryinsurance.com |
| **MetLife Auto and Home**<br><br>• Metropolitan Group P&C Insurance Company *(not accepting any new business except Basic Policy)*<br>• Metropolitan Direct P&C Insurance Company *(not accepting any new business)*<br>• Metropolitan Property and Casualty Insurance Company | 1-800-888-2308<br>(Met Group and Met Direct)<br><br>1-800-422-4272<br>(Met P&C) | Direct (Met Group P&C)<br>www.metlife.com<br><br>Agent (Met Direct P&C and Met P&C)<br>www.metlife.com |
| **Nationwide Mutual Insurance Company** | 1-877-669-6877 | Direct<br>www.nationwide.com |
| **New Jersey Manufacturers Group**<br><br>• NJ Manufacturers Insurance Co. *(membership company for certain affinity groups)*<br>• NJ Re-Insurance Company *(membership company for certain affinity groups)*<br>• NJ Indemnity Insurance Company *(for assigned risk business only)* | 609-883-1300<br><br>1-800-232-6600 | Direct<br>www.njm.com |
| **New Jersey Skylands Insurance Association** | 1-866-279-7688 | Agent<br>www.njsi.com |
| **Personal Service Insurance Company** | 1-800-954-2442 | Agent<br>www.personalserviceinsurance.com |
| **Plymouth Rock**<br><br>• High Point Property and Casualty Insurance Company<br>• High Point Safety and Insurance Company *(not accepting any new business)*<br>• Teachers Auto Insurance Company of New Jersey *(membership company for employees of educational institutions)*<br>• Palisades Safety & Insurance Association<br>• Palisades Insurance Company *(not accepting any new business)*<br>• Twin Lights Insurance Company *(for assigned risk business only)* | 1-866-INSURANCE<br>(High Point)<br><br>1-866-658-3224<br>(Teachers)<br><br>1-877-725-6423<br>(Palisades)<br><br>908-219-5050<br>(Twin Lights) | Agent and Direct<br>www.plymouthrocknj.com<br><br>Direct<br>www.plymouthrocknj.com<br><br>Agent<br>www.plymouthrocknj.com<br><br>Agent<br>www.twinlightsins.com |
| **Privilege Underwriters Reciprocal Exchange (PURE)** | 1-888-814-7873 | Agent<br>www.purehnw.com |

| Company | Phone | Type / Web |
|---|---|---|
| **Progressive Group**<br>• Progressive Freedom Insurance Company *(not accepting any new business)*<br>• Progressive Garden State Insurance Company<br>• Drive New Jersey Insurance Company | 1-800-PROGRESSIVE | Direct (Progressive Freedom & Progressive Garden State)<br>Agent (Drive New Jersey)<br>www.progressive.com |
| **Selective Auto Insurance Company of New Jersey** | 973-948-3000<br>1-800-777-9656 | Agent<br>www.selective.com |
| **State Farm Group**<br>• State Farm Guaranty Insurance Company<br>• State Farm Indemnity Company | 1-800-STATEFARM<br>(1-800-782-8332) | Agent<br>www.statefarm.com |
| **Travelers Group**<br>• St. Paul Protective Insurance Company<br>• Fidelity & Guaranty Insurance Underwriters, Inc. *(not accepting any new business)*<br>• Automobile Insurance Company of Hartford, Connecticut *(for assigned risk business only)* | 1-888-695-4625<br>1-800-692-6837<br>1-800-526-6260 | Agent<br>www.travelers.com |
| **USAA Group** *(membership group for military personnel)*<br>• USAA Casualty Insurance Company<br>• United Services Auto Association<br>• USAA General Indemnity Company<br>• Garrison P&C Insurance Company | 1-800-531-8722 | Direct<br>www.usaa.com |

**Direct Writer:** The industry term for a company that uses its own sales employees to write its policies.

**To find an agent in your area,** check your telephone book or call the insurance company and ask for agents near you.

▲ Top

## NJ Personal Automobile Insurance Plan (assigned risk market)

| Find a PAIP Producer in Your Area | 1-800-652-2471 |
|---|---|

▲ Top

## LAD (Limited Assignment Distributors for PAIP business)

| 21st Century Centennial Insurance Company *(formerly AIG Centennial Ins. Co.)* | 302-252-2302 |
|---|---|
| National Liability & Fire Insurance Company | 1-800-632-3306 |

▲ Top

## SAIP (Special Automobile Insurance Policy)

| National Continental Insurance Company *(began writing 01/01/2011)* | 1-800-937-2247 |
|---|---|

▲ Top

## Motorcycle Insurers

| Company | Phone | Type / Website |
|---|---|---|
| Aegis Security Insurance Company<br>PO Box 3153<br>Harrisburg, PA 17105-3153 | 1-800-233-2160 | Agent<br>www.aegisfirst.com |
| Allstate New Jersey Property & Casualty Insurance Company | 1-866-222-4586 | Agent<br>www.allstate.com |
| American Family Home Insurance Company<br>(American Modern Insurance Group) | 1-800-759-9008 | Agent<br>www.amig.com |
| American Reliable Insurance Company | 1-800-535-1333 | Agent<br>www.assurantspecialtyproperty.com |
| Drive New Jersey Insurance Company | 1-800-PROGRESSIVE | Agent<br>www.progressive.com |
| Foremost Insurance Company Grand Rapids, Michigan<br>PO Box 2450<br>Grand Rapids, MI 49501-2450 | 1-800-527-3905 | Agent<br>www.foremost.com |
| Foremost Property & Casualty Insurance Company<br>PO Box 2450<br>Grand Rapids, MI 49501-2450 | 1-800-752-2461 | Direct<br>www.aarpforemost.com |
| GEICO Indemnity Company<br>One GEICO Plaza<br>Washington, DC 20076 | 1-800-44-CYCLE | Direct<br>www.geico.com |
| Liberty Mutual Mid-Atlantic Insurance Company | 1-800-526-1547 | Agent<br>www.libertymutual.com |
| Markel American Insurance Company | 1-800-236-2453 | Agent and Direct<br>www.markelinsuresfun.com |
| Pacific Specialty Insurance Company | 1-800-303-5000 | Agent and Direct<br>www.psic-onespot.com |
| Progressive Garden State Insurance Company | 1-800-PROGRESSIVE | Direct<br>www.progressive.com |
| Rider Insurance Company<br>PO Box 3141<br>Union, NJ 07083 | 1-800-595-6393 | Agent<br>www.ridewithrider.com |
| State Farm Guaranty Insurance Company<br>State Farm Indemnity Company | 1-800-STATEFARM<br>(1-800-782-8332) | Agent<br>www.statefarm.com |
| United Farm Family Insurance Company (membership company for farmers) | 1-888-382-6722 | Agent<br>www.farmfamily.com |

▲ Top

## Specialty Insurers
(Write one or more of the following lines of business: Antique Auto, Collectors Auto, Motorhome and Travel Trailer insurance)

| Company | Phone | Type / Website |
|---|---|---|
| American Bankers Insurance Company of Florida<br>11222 Quail Roost Drive<br>Miami, FL 33157-6596 | 1-800-360-2277 | Agent<br>www.americancollectors.com |
| Essentia Insurance Company | 1-800-922-4050 | Agent<br>www.hagerty.com |
| American Modern Home Insurance Company<br>PO Box 5323<br>Cincinnati, OH 45201-5323 | 1-800-543-2644 | Agent<br>www.amig.com |

| Company | Phone | Type/Website |
|---|---|---|
| American Reliable Insurance Company<br>11222 Quail Roost Drive<br>Miami, FL 33157-6596 | 1-800-360-2277 | Agent<br>www.americancollectors.com |
| Companion Property & Casualty Insurance Company<br>51 Clemson Road<br>Columbia, SC 29229 | 1-877-758-3700 | Agent |
| Encompass Insurance Company of NJ<br>3075 Sanders Road, Suite G2H<br>Northbrook, IL 60062-7127 | 1-800-262-5238 | Agent<br>www.encompassinsurance.com |
| Foremost Insurance Company Grand Rapids, Michigan<br>PO Box 2450<br>Grand Rapids, MI 49501-2450 | 1-800-527-3905 | Agent<br>www.foremost.com |
| Ironshore Indemnity Inc. | 1-800-257-9496 | Agent<br>www.condonskelly.com |
| Markel American Insurance Company | 1-800-236-2453 | Agent and Direct<br>www.markelinsuresfun.com |
| Markel Insurance Company | 1-800-236-2862 | Agent |
| Metropolitan P&C Insurance Company<br>PO Box 350<br>Warwick, RI 02887-0350 | 1-800-257-9496 | Agent<br>www.condonskelly.com |
| National Interstate Insurance Company of Hawaii<br>3250 Interstate Drive<br>Richfield, OH 44286 | 1-330-659-8900 | Agent<br>www.nationalinterstate.com |
| Nationwide Mutual Insurance Company | 1-877-669-6877 | Agent<br>www.nationwide.com/classiccars |
| Philadelphia Indemnity Insurance Co. | 610-617-7900 | Agent<br>www.phly.com |
| Progressive Garden State Insurance Company<br>Drive New Jersey Insurance Company | 1-800-PROGRESSIVE | Direct (Progressive Garden State)<br>Agent (Drive New Jersey)<br>www.progressive.com |
| RLI Insurance Company | 1-877-758-3700 | Agent<br>www.rlicorp.com |
| State Farm Guaranty Insurance Company<br>State Farm Indemnity Company | 1-800-STATEFARM<br>(1-800-782-8332) | Agent<br>www.statefarm.com |
| United Farm Family Insurance Company | 1-888-382-6722 | Agent<br>www.farmfamily.com |
| United States Liability Insurance Company | 1-800-523-5545<br>1-866-986-3379 | Agent<br>www.usli.com<br>www.classicunderwriters.com |
| Western United Insurance Company | 1-888-222-0094 | Agent and Direct<br>www.AAA4insurance.com |

▲ Top

Report changes/errors here


OPRA is a state law that was enacted to give the public greater access to government records maintained by public agencies in New Jersey.


You will need to download the latest version of Adobe Acrobat Reader in order to correctly view and print PDF (Portable Document Format) files from this web site.

NJHome| Services A to Z| Departments/Agencies| FAQs       Contact Us| Privacy Notice| Legal Statement| Accessibility Statement 

Copyright © 2011, State of New Jersey
New Jersey Department of Banking and Insurance

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAD & ELIZABETH STERN, H/W | : | CIVIL ACTION |
| vs. | : | |
| AAA MID-ATLANTIC INSURANCE COMPANY | : | NO. 15-960 |
| and | : | |
| CHUB THACH | : | |

## CERTIFICATE OF SERVICE

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiffs' Answer and Memorandum of Law in Opposition to Defendants' Motion to Dismiss was made this date by e-filing to the following:

> Andrew P. Moore, Esquire
> 1132 Old York Road
> Abington, PA   19001

               */s/ Norman Perlberger*
               NORMAN PERLBERGER
               Attorney for Plaintiffs

DATED:   March 25, 2015