**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAD STERN et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **No. 15-0960** |
| **v.** | : | |
| | : | |
| **AAA MID-ATLANTIC INSURANCE** | : | |
| **COMPANY et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 27th day of May, 2015, upon consideration of Defendant's Renewed Motion to

Dismiss Plaintiffs' Complaint and Plaintiffs' Response thereto, it is **ORDERED** that

Defendant's Motion is **DENIED**.  For the reasons persuasively set forth in Plaintiffs' Response,

the Certificate of Compliance produced by Defendant does not, standing alone,  establish with

sufficient clarity that diversity jurisdiction is lacking.


                                                    /s/ Gerald Austin McHugh
                                            United States District Court Judge