# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAD STERN et al., | : | CIVIL ACTION |
|       Plaintiffs, | : | |
| | : | No. 15-0960 |
| v. | : | |
| | : | |
| AAA MID-ATLANTIC INSURANCE COMPANY et al., | : | |
| | : | |
|       Defendants. | : | |

## ORDER

This 25th day of November, 2015, upon consideration of Defendant AAA Mid-Atlantic Insurance Company's Motion to Determine Substantive Law Regarding Limitation on Lawsuit and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons stated in the foregoing Memorandum.

Accordingly, Defendant's Motion for Partial Summary Judgment Regarding Limitation on Lawsuit is also **DENIED**.

                                                         /s/ Gerald Austin McHugh
                                              United States District Court Judge